Motion for leave to appeal etc. dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of MICHELLE HISSAM, Appellant, v JAMES HISSAM, Respondent. (And Another Related Proceeding.)

Submitted July 11, 2011; decided September 22, 2011

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Supreme Court's order holding appellant in violation of a prior order, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

FRANK D. MAKI, Appellant, v BASSETT HOSPITAL et al., Respondents.

Decided September 22, 2011

Appeal, taken from the May 6, 2011 Appellate Division order, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such order does not finally determine the action within the meaning of the Constitution.

FRANK D. MAKI, Appellant, v BASSETT HOSPITAL et al., Respondents.

Decided September 22, 2011

Appeal, insofar as taken from that part of the June 9, 2011 Appellate Division order that affirmed the portion of the Supreme Court order granting defendants' motion for summary judgment and dismissing the complaint, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved; appeal otherwise dismissed upon the ground that the remaining part of the June 9, 2011 Appellate Division order, and the other orders appealed from, do not finally determine the action within the meaning of the Constitution.